# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| INGRID MARIELA GARCIA JAIME, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:24-cv-00135-LSC-SGC |
| ) | |
| KIMBERLYL NEELY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus brought under 28 U.S.C. § 2241 by Ingrid Mariela Garcia Jaime. (Doc. 1). The petitioner seeks to have time credits she has earned under the First Step Act applied to secure her earlier placement in a residential reentry center. (Doc. 1 at 9-10). The magistrate judge entered a report on June 25, 2024, recommending the petition be dismissed because the petitioner failed to exhaust her administrative remedies. (Doc. 7). Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this action is due to be dismissed without prejudice. A final judgment will be entered.

**DONE** and **ORDERED** on July 17, 2024.

_____
L. Scott Coogler
United States District Judge

160704